THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDALL W. ROCHE, Appellant.— Present— Denman, J. P., Green, Pine, Lawton and Lowery, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE EVANS, Appellant.— Present—Denman, J. P., Green, Pine, Lawton and Lowery, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD LOVE, Appellant.— Present—Denman, J. P., Green, Pine, Lawton and Lowery, JJ.

M. SHAWKY EL SAWAH, Appellant, v ELIAS M. NICOLAS, Defendant, and PETER K. SKIVINGTON, Respondent.— Present— Denman, J. P., Green, Pine, Lawton and Lowery, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON PANEAGUA, Appellant.—

Present—Dillon, P. J., Callahan, Doerr, Denman and Lowery, JJ.